**Dajuan BROWN, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. 74018.

Missouri Court of Appeals,
Eastern District,
Division One.

Feb. 16, 1999.

Raymund J. Capelovitch, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Shaun J. Mackelprang, Asst. Atty. Gen., Jefferson City, for respondent.

Before JAMES A. PUDLOWSKI, P.J., WILLIAM H. CRANDALL, Jr., and CLIFFORD H. AHRENS, JJ.

### ORDER

PER CURIAM.

Dajuan Brown, Movant, appeals from the judgment denying his Rule 24.035 motion for post-conviction relief without a hearing. We have reviewed the briefs of the parties and the record on appeal and conclude the trial court's determination is not clearly erroneous. Rule 24.035(k). An extended opinion would have no precedential value. We have, however, provided a memorandum opinion for the use of the parties only setting forth

the reasons for our decision. We affirm the judgment pursuant to Rule 84.16(b).

**Frank D'AMATO, Plaintiff/Appellant,**

v.

**UNION ELECTRIC COMPANY, Defendant/Respondent.**

No. 73999.

Missouri Court of Appeals,
Eastern District,
Division Two.

Feb. 16, 1999.

Theodore H. Hoffman, Charlene N. Kass, St. Louis, for appellant.

Bill B. Dorothy, St. Louis, for respondent.

Before JAMES R. DOWD, P.J., LAWRENCE G. CRAHAN, J., and RICHARD B. TEITELMAN, J.

### ORDER

PER CURIAM.

Frank D'Amato appeals the judgment entered upon a jury verdict awarding him $6000 in his negligence action against Union Electric Company for personal injuries sustained in an automobile accident. We have reviewed the briefs of the parties and the record on appeal and find no error of law. An extended opinion would have no precedential value. The judgment is affirmed pursuant to Rule 84.16(b).